# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| ZAYLIK, BRIAN E | § | Case No. 10-22921 |
| ZAYLIK, JENNIFER K | § § | |
| Debtor(s) | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/19/2010 . The undersigned trustee was appointed on 05/20/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 17,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9,011.64 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 8,488.36 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/13/2010 and the deadline for filing governmental claims was 10/13/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,450.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,450.00 , for a total compensation of $ 2,450.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/04/2013            By:/s/MICHAEL G. BERLAND
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 10-22921 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ZAYLIK, BRIAN E | Date Filed (f) or Converted (c): | 05/19/10 (f) |
|  | ZAYLIK, JENNIFER K | 341(a) Meeting Date: | 07/12/10 |
| For Period Ending: | 03/04/13 | Claims Bar Date: | 10/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3617 Peoria, Steger-scheduled | 101,000.00 | 0.00 |  | 0.00 | FA |
| 2. 3304 Fairview, Chicago-scheduled | 50,333.00 | 0.00 |  | 0.00 | FA |
| 3. Lowe's lane land-scheduled | 8,000.00 | 0.00 |  | 13,500.00 | FA |
| 4. Harris checking-scheduled | 2,000.00 | 0.00 |  | 0.00 | FA |
| 5. Chase checking-scheduled | 100.00 | 0.00 |  | 0.00 | FA |
| 6. Indiana Credit Union-scheduled | 38.00 | 0.00 |  | 0.00 | FA |
| 7. Household items-scheduled | 3,500.00 | 0.00 |  | 0.00 | FA |
| 8. Music cd-scheduled | 200.00 | 0.00 |  | 0.00 | FA |
| 9. Clothing-scheduled | 500.00 | 0.00 |  | 0.00 | FA |
| 10. Hockey gear and Glock gun-scheduled | 700.00 | 0.00 |  | 0.00 | FA |
| 11. 2000 Chevy Express van-scheduled | 1,500.00 | 0.00 |  | 0.00 | FA |
| 12. 2000 Jeep-scheduled | 1,000.00 | 0.00 |  | 0.00 | FA |
| 13. Refund from holdback at closing (u) There was a judgment against the real estate which required a holdback. The Trustee hired special counsel and the judgment was voided as a preference. | 0.00 | 3,500.00 |  | 3,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $168,871.00 | $3,500.00 |  | $17,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to Employ Broker. The Trustee filed a Motion to sell the property, which was granted.. The Trustee filed a Motion To Employ Special Counsel to obtain the return of a preference, which monies were held back at the closing of the sale

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-22921  BL  Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | ZAYLIK, BRIAN E | Date Filed (f) or Converted (c): 05/19/10 (f) |
| | ZAYLIK, JENNIFER K | 341(a) Meeting Date: 07/12/10 |
| | | Claims Bar Date: 10/13/10 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-22921 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ZAYLIK, BRIAN E | Bank Name: | Congressional Bank |
|  | ZAYLIK, JENNIFER K | Account Number / CD #: | *******7508 Checking Account |
| Taxpayer ID No: | *******6205 |  |  |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

(Note: columns are Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($))

| Date | Ref | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| * 07/05/12 | 3 | Citwyide Title |  | 1110-003 | 13,500.00 |  | 13,500.00 |
| * 07/05/12 | 3 | Citwyide Title | VOID | 1110-003 | -13,500.00 |  | 0.00 |
| 07/05/12 | 3 | Citwyide Title |  |  | 6,128.16 |  | 6,128.16 |
|  |  |  | Memo Amount:  13,500.00 | 1110-000 |  |  |  |
|  |  |  | Sale 2138 W. Loves Lane, Crete |  |  |  |  |
|  |  |  | Memo Amount:  ( 466.01 ) | 2820-000 |  |  |  |
|  |  |  | County taxes 2012 |  |  |  |  |
|  |  |  | Memo Amount:  ( 454.79 ) | 2820-000 |  |  |  |
|  |  |  | County taxes 2011 |  |  |  |  |
|  |  |  | Memo Amount:  ( 3,500.00 ) | 2500-000 |  |  |  |
|  |  |  | Judgment hooldback |  |  |  |  |
|  |  |  | Memo Amount:  ( 50.00 ) | 2500-000 |  |  |  |
|  |  |  | Clsoing protection coverage |  |  |  |  |
|  |  |  | Memo Amount:  ( 350.00 ) | 2500-000 |  |  |  |
|  |  |  | Search fee Citywide Title |  |  |  |  |
|  |  |  | Memo Amount:  ( 675.00 ) | 2820-000 |  |  |  |
|  |  |  | County stamps |  |  |  |  |
|  |  |  | Memo Amount:  ( 14.50 ) | 2820-000 |  |  |  |
|  |  |  | County tax stamps |  |  |  |  |
|  |  |  | Memo Amount:  ( 1,350.00 ) | 3510-000 |  |  |  |
|  |  |  | Real estate commission |  |  |  |  |
|  |  |  | Memo Amount:  500.00 | 1110-000 |  |  |  |
|  |  |  | Earnest Money Deposit Return |  |  |  |  |
|  |  |  | Memo Amount:  ( 725.00 ) | 2500-000 |  |  |  |
|  |  |  | Payment for owners policy |  |  |  |  |
|  |  |  | Memo Amount:  ( 286.54 ) | 2820-000 |  |  |  |
|  |  |  | 2ndi installmet county trasurer |  |  |  |  |
| 09/12/12 | 001001 | Gloira Longest | Payment for preparation of tax | 3410-000 |  | 500.00 | 5,628.16 |

Page Subtotals   6,128.16   500.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-22921 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ZAYLIK, BRIAN E | Bank Name: | Congressional Bank |
|  | ZAYLIK, JENNIFER K | Account Number / CD #: | *******7508 Checking Account |
| Taxpayer ID No: | *******6205 |  |  |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/12 | 13 | Citywide Title Corporation | returns per court order Refund from title company holdback | 1229-000 | 3,500.00 |  | 9,128.16 |
| 11/19/12 | 001002 | Klein, Stoddard, Buck, Waller & Lewis | Payment of special counsel per court order | 3210-000 |  | 639.80 | 8,488.36 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 14,000.00 | COLUMN TOTALS | 9,628.16 | 1,139.80 | 8,488.36 |
| Memo Allocation Disbursements: | 7,871.84 | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 9,628.16 | 1,139.80 |  |
| Memo Allocation Net: | 6,128.16 | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 9,628.16 | 1,139.80 |  |
|  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 14,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 7,871.84 | Checking Account - ********7508 | 9,628.16 | 1,139.80 | 8,488.36 |
| Total Memo Allocation Net: | 6,128.16 |  | 9,628.16 | 1,139.80 | 8,488.36 |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     3,500.00     639.80

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 04, 2013 |
|---|---|---|---|---|---|---|

Case Number: 10-22921
Debtor Name: ZAYLIK, BRIAN E

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Unsecured | | $125.50 | $0.00 | $125.50 |
| 000002<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $745.16 | $0.00 | $745.16 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,317.12 | $0.00 | $5,317.12 |
| 000004<br>050<br>4110-00 | Wells Fargo Bank, N.A.<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $6,187.78 | $0.00 | $6,187.78 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-22921
Case Name: ZAYLIK, BRIAN E
ZAYLIK, JENNIFER K
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                        $         8,488.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Wells Fargo Bank, N.A. | $ 34,771.66 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                 $            0.00
Remaining Balance                                      $         8,488.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,450.00 | $ 0.00 | $ 2,450.00 |

Total to be paid for chapter 7 administrative expenses  $         2,450.00
Remaining Balance                                      $         6,038.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) (Page: 8)

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,187.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor Gas | $ 125.50 | $ 0.00 | $ 122.47 |
| 000002 | Capital Recovery III LLC | $ 745.16 | $ 0.00 | $ 727.17 |
| 000003 | American Express Centurion Bank | $ 5,317.12 | $ 0.00 | $ 5,188.72 |

Total to be paid to timely general unsecured creditors    $    6,038.36

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE