**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZAYLIK, BRIAN E | § | Case No. 10-22921 |
| ZAYLIK, JENNIFER K | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/19/2013 in Courtroom ,

Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2013 By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZAYLIK, BRIAN E | § | Case No. 10-22921 |
| ZAYLIK, JENNIFER K | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,500.00 |
| and approved disbursements of | $ | 9,011.64 |
| leaving a balance on hand of[1] | $ | 8,488.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Wells Fargo Bank, N.A. | $ 34,771.66 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 8,488.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,450.00 | $ 0.00 | $ 2,450.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,450.00 |
| Remaining Balance | $ | 6,038.36 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,187.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor Gas | $ 125.50 | $ 0.00 | $ 122.47 |
| 000002 | Capital Recovery III LLC | $ 745.16 | $ 0.00 | $ 727.17 |
| 000003 | American Express Centurion Bank | $ 5,317.12 | $ 0.00 | $ 5,188.72 |

Total to be paid to timely general unsecured creditors $ 6,038.36

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Brian E Zaylik
Jennifer K Zaylik
Debtors

Case No. 10-22921-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: mgonzalez Page 1 of 3 Date Rcvd: Mar 21, 2013
Form ID: pdf006 Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2013.

db/jdb +Brian E Zaylik, Jennifer K Zaylik, 3617 Peoria Street, Steger, IL 60475-1541
15600413 +AT & T, PO BOX 8212, Aurora, IL 60572-8212
15600410 +American Collections, 919 Estes Ct, Schaumburg, IL 60193-4436
15600411 +American Express, c/o Becket and Lee LLP, Po Box 3001, Malvern, PA 19355-0701
16231761 American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
15600412 +Amex, c/o Beckett & Lee, Po Box 3001, Malvern, PA 19355-0701
15600414 +Ballys, 8700 West Bryn Mawr, Chicago, IL 60631-3552
15600416 +Chase-pier1, Attn: Recovery, Po Box 15298, Wilmington, DE 19850-5298
15600417 +Check Systems, Inc., Attn: Customer Relations, 7805 Hudson Road, Ste 100, Woodbury, MN 55125-1703
15600421 Equifax Information Services, LLC, P.O. Box 740256, Atlanta, GA 30374-0256
15600422 Experian, P.O. Box 9701, Allen, TX 75013-9701
15600423 GC Services, PO Box 2667, Houston, TX 77252-2667
15600427 +HSBC, Hsbc Retail Services, Po Box 5263, Carol Stream, IL 60197-5263
15600426 +HSBC, Attention Bankruptcy, Po Box 5263, Carol Stream, IL 60197-5263
15600428 +HSBC, PO Box 80084, Salinas, CA 93912-0084
15600425 +Harris N.a., 3800 Golf Rd Ste. 300, Rolling Meadows, IL 60008-4005
15600429 +Hsbc/carsn, Hsbc Retail Srvs/Attn: Bk Dept, Pob 5263, Carol Stream, IL 60197-5263
15600430 +Hsbc/tax, 90 Christiana Road, New Castle, DE 19720-3118
15600431 +Illiana Fin, 1600 Huntington Br, Calumet City, IL 60409-5404
15600435 +Macys/fdsb, Macy's Bankruptcy, Po Box 8053, Mason, OH 45040-8053
19932225 Midland Funding LLC, By its authorized agent Recoser, LLC, 25 SE 2nd Ave, Suite 1120, Miami, FL 33131-1605
15600437 +Mutl H Clctn, 2525 N Shadeland, Indianapolis, IN 46219-1787
15600439 +Receivables Management Inc., Attn: Bankruptcy, 3348 Ridge Rd, Lansing, IL 60438-3112
15600442 +Rnb-fields3, Po Box 9475, Minneapolis, MN 55440-9475
15600444 +Sears/cbsd, Sears Bk Recovery, Po Box 20363, Kansas City, MO 64195-0363
15600445 +TransUnion Consumer Solutions, P.O. Box 2000, Chester, PA 19016-2000
15600446 +United Recovery Service, L.L.C., 18525 Torrence Ave., Suite C-6, Lansing, IL 60438-2891
15600447 +Victoria's Secret, Po Box 182124, Columbus, OH 43218-2124
15600450 ++WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 (address filed with court: Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701)
15600448 +Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557
16258823 +Wells Fargo Bank, N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001
15600449 +Wells Fargo Card Ser, Po Box 5058, Portland, OR 97208-5058
15600451 +Wells Fargo Home Mortgage, P.O. Box 6000, Fort Mill, SC 29716-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

15600413 +E-mail/Text: g17768@att.com Mar 22 2013 01:45:06 AT & T, PO BOX 8212, Aurora, IL 60572-8212
15600415 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2013 01:55:27 Capital One, N.a., C/O American Infosource, Po Box 54529, Oklahoma City, OK 73154-1529
16228641 E-mail/PDF: rmscedi@recoverycorp.com Mar 22 2013 01:51:04 Capital Recovery III LLC, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605
15600419 +E-mail/Text: clerical.department@yahoo.com Mar 22 2013 01:44:37 Creditors Collection B, 755 Almar Pkwy, Bourbonnais, IL 60914-2393
15600424 +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2013 01:56:07 GEMB / Old Navy, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104
15600432 +E-mail/Text: Michele@mcmfcu.com Mar 22 2013 01:45:33 Indiana Carpenters Fcu, 680 N Union St, Hobart, IN 46342-2589
15600434 +E-mail/Text: resurgentbknotifications@resurgent.com Mar 22 2013 01:39:51 Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281
15600436 +E-mail/Text: bankruptcydpt@mcmcg.com Mar 22 2013 01:41:38 Midland Credit Management, Po Box 939019, San Diego, CA 92193-9019
15600438 +E-mail/Text: bankrup@aglresources.com Mar 22 2013 01:40:04 Nicor Gas, Attention: Bankruptcy Department, Po Box 190, Aurora, IL 60507-0190
15981719 +E-mail/Text: bankrup@aglresources.com Mar 22 2013 01:40:04 Nicor Gas, PO Box 549, Aurora IL 60507-0549
19932226 E-mail/PDF: rmscedi@recoverycorp.com Mar 22 2013 01:51:04 Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605
15600440 +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 22 2013 01:54:40 Regional Acceptance Co, 110 W Randill Mill Rd #100, Arlington, TX 76011-4611
15600441 +E-mail/Text: resurgentbknotifications@resurgent.com Mar 22 2013 01:39:52 Resurgent, Po Box 10584, Greenville, SC 29603-0584
15600443 +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2013 01:53:24 Sams Club, Attention: Bankruptcy Department, Po Box 105968, Atlanta, GA 30348-5968

TOTAL: 14

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

aty Century 21 Pro-Team
aty Gloria Longest
aty Tammy Kaspar
15600420 Discover Fin Svcs Llc
15600418 ##+Citi Auto, Citifinancial/Attn: Bankruptcy Dept, 1111 Northpoint Dr, Coppell, TX 75019-3831
15600433 ##+LDG Financial Services, PO Box 924073, Norcross, GA 30010-4073

TOTALS: 4, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2013** **Signature:** Joseph Speetjens

District/off: 0752-1 User: mgonzalez Page 3 of 3 Date Rcvd: Mar 21, 2013
Form ID: pdf006 Total Noticed: 46

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2013 at the address(es) listed below:

Bradley J Waller on behalf of Plaintiff Michael G Berland bwaller@ksbwl.com, vmaurer@ksbwl.com
Bradley J Waller on behalf of Trustee Michael G Berland bwaller@ksbwl.com, vmaurer@ksbwl.com
Gloria C Tsotsos on behalf of Creditor Wells Fargo Bank, NA nd-two@il.cslegal.com
Michael G Berland on behalf of Trustee Michael G Berland einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
Michael G Berland einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Thomas W Toolis on behalf of Debtor Brian E Zaylik twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com
Thomas W Toolis on behalf of Joint Debtor Jennifer K Zaylik twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com

TOTAL: 8