UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
ZAYLIK, BRIAN E                           §        Case No. 10-22921
ZAYLIK, JENNIFER K                        §
                                          §
            Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $                  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT


## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| Clsoing protection coverage | | | | | |
| Judgment hooldback | | | | | |
| Payment for owners policy | | | | | |
| Search fee Citywide Title | | | | | |
| 2ndi installmet county trasurer | | | | | |
| County stamps | | | | | |
| County tax stamps | | | | | |
| County taxes 2011 | | | | | |
| County taxes 2012 | | | | | |
| KLEIN, STODDARD, BUCK, WALLER\ | | | | | |
| L0NGEST, GLOIRA | | | | | |
| $500 earnest money dep to realtor | | | | | |
| Real estate commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T PO BOX 8212 Aurora, IL 60572 | | | | | |
| | American Collections 919 Estes Ct Schaumburg, IL 60193 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Amex c/o Beckett & Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Ballys 8700 West Bryn Mawr Chicago, IL 60631 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Chase-pier1 Attn: Recovery Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | | | | |
| | Citi Auto Citifinancial/Attn: Bankruptcy Dept 1111 Northpoint Dr Coppell, TX 75019 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Discover Fin Svcs Llc | | | | | |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | | | | |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | | | | |
| | GC Services PO Box 2667 Houston, TX 77252-2667 | | | | | |
| | GEMB / Old Navy Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | HSBC Attention Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | HSBC Hsbc Retail Services Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | HSBC PO Box 80084 Salinas, CA 93912 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/carsn Hsbc Retail Srvs/Attn: Bk Dept Pob 5263 Carol Stream, IL 60197 | | | | | |
| | Hsbc/tax 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Illiana Fin 1600 Huntington Br Calumet City, IL 60409 | | | | | |
| | Indiana Carpenters Fcu 680 N Union St Hobart, IN 46342 | | | | | |
| | LDG Financial Services PO Box 924073 Norcross, GA 30010 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mutl H Clctn 2525 N Shadeland Indianapolis, IN 46219 | | | | | |
| | Receivables Management Inc. Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Regional Acceptance Co 110 W Randill Mill Rd #100 Arlington, TX 76011 | | | | | |
| | Resurgent Po Box 10584 Greenville, SC 29603 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Sears/cbsd Sears Bk Recovery Po Box 20363 Kansas City, MO 64195 | | | | | |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Recovery Service, L.L.C. 18525 Torrence Ave. Suite C-6 Lansing, IL 60438 | | | | | |
| | Victoria's Secret Po Box 182124 Columbus, OH 43218 | | | | | |
| | Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CAPITAL RECOVERY III LLC | | | | | |
| 000001 | NICOR GAS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

Case No:        10-22921     BL   Judge: Bruce W. Black

Case Name:      ZAYLIK, BRIAN E

                ZAYLIK, JENNIFER K

For Period Ending:  09/30/13

Trustee Name:              MICHAEL G. BERLAND

Date Filed (f) or Converted (c):    05/19/10 (f)

341(a) Meeting Date:       07/12/10

Claims Bar Date:           10/13/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3617 Peoria, Steger-scheduled | 101,000.00 | 0.00 | | 0.00 | FA |
| 2. 3304 Fairview, Chicago-scheduled | 50,333.00 | 0.00 | | 0.00 | FA |
| 3. Lowe's lane land-scheduled | 8,000.00 | 0.00 | | 13,500.00 | 0.00 |
| 4. Harris checking-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Chase checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 6. Indiana Credit Union-scheduled | 38.00 | 0.00 | | 0.00 | FA |
| 7. Household items-scheduled | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. Music cd-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 9. Clothing-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 10. Hockey gear and Glock gun-scheduled | 700.00 | 0.00 | | 0.00 | FA |
| 11. 2000 Chevy Express van-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Jeep-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Refund from holdback at closing (u) | 0.00 | 3,500.00 | | 3,500.00 | 0.00 |
| There was a judgment against the real estate which required a holdback. The Trustee hired special counsel and the judgment was voided as a preference. | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $168,871.00     $3,500.00     $17,000.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to Employ Broker. The Trustee filed a Motion to sell the property, which was granted.. The

Trustee filed a Motion To Employ Special Counsel to obtain the return of a preference, which monies were held back at

the closing of the sale

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.03

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-22921    BL    Judge: Bruce W. Black | |
| Case Name: | ZAYLIK, BRIAN E | |
| | ZAYLIK, JENNIFER K | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 05/19/10 (f) |
| 341(a) Meeting Date: | 07/12/10 |
| Claims Bar Date: | 10/13/10 |

.

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-22921  -BL | |
| Case Name: | ZAYLIK, BRIAN E | |
| | ZAYLIK, JENNIFER K | |
| Taxpayer ID No: | *******6205 | |
| For Period Ending: | 09/30/13 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7508  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 07/05/12 | 3 | Citwyide Title | | 1110-003 | 13,500.00 | | 13,500.00 |
| * 07/05/12 | 3 | Citwyide Title | VOID | 1110-003 | -13,500.00 | | 0.00 |
| 07/05/12 | 3 | Citwyide Title | | | 6,128.16 | | 6,128.16 |
| | | | Memo Amount:         13,500.00 | 1110-000 | | | |
| | | | Sale 2138 W. Loves Lane, Crete | | | | |
| | | | Memo Amount:     (       466.01 ) | 2820-000 | | | |
| | | | County taxes 2012 | | | | |
| | | | Memo Amount:     (       454.79 ) | 2820-000 | | | |
| | | | County taxes 2011 | | | | |
| | | | Memo Amount:     (     3,500.00 ) | 2500-000 | | | |
| | | | Judgment hooldback | | | | |
| | | | Memo Amount:     (       50.00 ) | 2500-000 | | | |
| | | | Clsoing protection coverage | | | | |
| | | | Memo Amount:     (       350.00 ) | 2500-000 | | | |
| | | | Search fee Citywide Title | | | | |
| | | | Memo Amount:     (       6.75 ) | 2820-000 | | | |
| | | | County stamps | | | | |
| | | | Memo Amount:     (       14.50 ) | 2820-000 | | | |
| | | | County tax stamps | | | | |
| | | | Memo Amount:     (       850.00 ) | 3510-000 | | | |
| | | | Real estate commission | | | | |
| | | | Memo Amount:     (       725.00 ) | 2500-000 | | | |
| | | | Payment for owners policy | | | | |
| | | | Memo Amount:     (       454.79 ) | 2820-000 | | | |
| | | | 2ndi installmet county trasurer | | | | |
| | | | Memo Amount:     (       500.00 ) | 3510-000 | | | |
| | | | $500 earnest money dep to realtor | | | | |
| | | | The realtor was entitled to $1350 for its commission | | | | |

Page Subtotals                    6,128.16                    0.00

Ver: 17.03

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page:  2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-22921  -BL |
| Case Name: | ZAYLIK, BRIAN E |
| | ZAYLIK, JENNIFER K |
| Taxpayer ID No: | *******6205 |
| For Period Ending: | 09/30/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7508  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | and recieved the  500 earnest money deposit and the $850 listed separately | | | | |
| 09/12/12 | 001001 | Gloira Longest | Payment for preparation of tax returns per court order | 3410-000 | | 500.00 | 5,628.16 |
| 11/06/12 | 13 | Citywide Title Corporation | Refund from title company holdback | 1229-000 | 3,500.00 | | 9,128.16 |
| 11/19/12 | 001002 | Klein, Stoddard, Buck, Waller & Lewis | Payment of special counsel per court order | 3210-000 | | 639.80 | 8,488.36 |
| 04/23/13 | 001003 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,450.00 | 6,038.36 |
| 04/23/13 | 001004 | Nicor Gas PO Box 549 Aurora IL 60507 | Claim 000001, Payment 97.58566% | 7100-000 | | 122.47 | 5,915.89 |
| 04/23/13 | 001005 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000002, Payment 97.58575% | 7100-000 | | 727.17 | 5,188.72 |
| 04/23/13 | 001006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000003, Payment 97.58516% | 7100-000 | | 5,188.72 | 0.00 |

| | | | | Page Subtotals | 3,500.00 | 9,628.16 | |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-22921 -BL |
| Case Name: | ZAYLIK, BRIAN E |
| | ZAYLIK, JENNIFER K |
| Taxpayer ID No: | *******6205 |
| For Period Ending: | 09/30/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7508  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | | 13,500.00 | COLUMN TOTALS | | 9,628.16 | 9,628.16 | 0.00 |
| Memo Allocation Disbursements: | | 7,371.84 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,628.16 | 9,628.16 | |
| Memo Allocation Net: | | 6,128.16 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,628.16 | 9,628.16 | |
| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | | 13,500.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | | 7,371.84 | Checking Account - *******7508 | | 9,628.16 | 9,628.16 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | | 6,128.16 | | | 9,628.16 | 9,628.16 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*